## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Ryan Martines,<br>also known as Michael Ryan Martinez,<br><br>　　　　　Defendant. | Crim. No. 08-376 (JMR/JJK)<br><br><br><br>**ORDER** |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 6, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.　　Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 11) is **DENIED**; and

2.　　Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 12) is **DENIED**.

Date:　March 23, 2009

　　　　　　　　　　　　　　　　　　　　　　　s/James M. Rosenbaum
　　　　　　　　　　　　　　　　　　　　　　　JAMES M. ROSENBAUM
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge